United States District Court
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JAN 0 2 2008
JAMES N. HATTEN, CLERK
By: S. Brown, Deputy Clerk

Jonathan Lee Riches ©,
Plaintiff

V.

Electronic Privacy Information center; Marc Rotenberg,
defendants

WBH

Civ. No.:

Complaint

Under 42 USC 1983, I seek $3 million. My civil rights are violated. Defendants are in a conspiracy with FCI Williamsburg to illegally spy on my phone conversations and video tape me without my consent, this is a invasion of privacy inflicted on me. I'm in solitary and have no privacy in the shower, I have a see through curtain, this is unconstitional

Respectfully submitted